632

427 A.2d 1226

Commonwealth v. Kane, Appellant.

Submitted August 28, 1979. John Halley, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Order affirmed.

427 A.2d 1226

Commonwealth v. Jones, Appellant.

Submitted September 13, 1979. Murrel R. Walters, III, for appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

* Judge Donald E. Wieand is sitting by special designation.